**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BRENT RUSTIN,<br><br>       Plaintiff,<br><br>v.<br><br>1. STATE FARM FIRE AND CASUALTY<br>COMPANY;<br>2. JAMES MCGILL; and<br>3. JAMES MCGILL INSURANCE AGENCY,<br><br>       Defendants. | Case No. CIV-25-166-RAW-DES |

**ORDER**

This action arises from a homeowner's insurance coverage dispute. Plaintiff filed his Petition in the District Court of Pontotoc County, Oklahoma, alleging that on March 14, 2024, the roof on his home was totaled in a wind and hailstorm. At the time, he had a State Farm homeowners insurance policy sold to him by Agent McGill. State Farm refused to pay his claim. Plaintiff asserts claims for breach of contract and bad faith against State Farm and claims for negligence and deceit against the McGill Defendants.

State Farm filed a notice of removal to this court, alleging that Plaintiff fraudulently joined the McGill Defendants. Now before the court are the Plaintiff's motion to remand [Docket No. 20], State Farm's response thereto [Docket No. 25], and the Plaintiff's reply [Docket No. 26].

Also before the court is the Report and Recommendation ("R&R") by United States Magistrate Judge D. Edward Snow, recommending that the Plaintiff's motion to remand be

granted and this action be remanded to the District Court of Pontotoc County, Oklahoma [Docket No. 27].  No objections have been filed.

After a *de novo* review, the court determines that the R&R is well-supported by the evidence and the prevailing legal authority.  The R&R [Docket No. 27] is hereby affirmed and adopted as this court's Findings and Order.  Accordingly, Plaintiff's motion to remand [Docket No. 20] is hereby GRANTED, and this action is hereby REMANDED to the District Court of Pontotoc County, Oklahoma.  The remaining pending motion [Docket No. 16] is hereby termed as MOOT.

**IT IS SO ORDERED** this 30th day of April, 2026.

**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**

2